UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANNIS CONROL WOODS,

     Plaintiff,

    v.                           Case No. 2:26-cv-180-KCD-DNF

CORIZON EMPLOYER,
INDIVIDUAL AND OFFICIAL
CAPACITIES;

     Defendant,

_____/

## ORDER DISMISSING CASE

Plaintiff Dannis Woods, a prisoner of the Florida Department of Corrections, filed this *pro se* civil rights complaint under 42 U.S.C. § 1983. (Doc. 1.) He generally alleges that he has been falsely imprisoned and is oppressed. (*Id.*) He seeks damages and release from prison. (*Id.* at 5). Woods has not paid his filing fee, and because the Court finds that he is barred under 28 U.S.C. § 1915(g) from proceeding as a pauper, the complaint is dismissed without prejudice.

Under § 1915(g), a prisoner cannot proceed *in forma pauperis* if "on 3 or more prior occasions, while incarcerated or detained in any facility, [he] brought an action or appeal in a [federal] court...that was dismissed on the grounds that it is frivolous, malicious, or fails to state claim upon which relief may be granted[.]" 28 U.S.C. § 1915(g). And "[a] dismissal of a suit for failure

to state a claim counts as a strike, whether or not with prejudice." *Lomax v. Ortiz-Marquez*, 140 S. Ct. 1721, 1727 (2020).

The Court takes judicial notice of other actions brought by Woods that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted: (1) 3:08-cv-238-VMC-JRK (M.D. Fla.) (abuse of the judicial process); (2) 3:08-cv-239-HES-TEM(M.D. Fla.) (abuse of the judicial process); (3) 3:08-cv-240-HLA-JRK (M.D. Fla.) (abuse of the judicial process); and (4) 09-14459-E (11th Cir.) (frivolous).

Because Woods has had three or more prior qualifying dismissals and his allegations do not warrant the imminent danger exception to dismissal, he cannot proceed *in forma pauperis*. A prisoner who is no longer entitled to proceed in forma pauperis must pay the full filing fee at the time he initiates the suit, and his failure to do so warrants dismissal without prejudice. *Dupree v. Palmer*, 284 F.3d 1234, 1236 (11th Cir. 2002) ("The prisoner cannot simply pay the filing fee after being denied in forma pauperis status. He must pay the filing fee at the time he initiates the suit."). Therefore, the Court dismisses this action under 28 U.S.C. § 1915(g). Woods may initiate a new civil rights action by filing a new complaint and paying the full $405.00 filing fee.

Accordingly, it is **ORDERED:**

1. Dannis C. Woods' Complaint (Doc. 1) is **DISMISSED without prejudice** under 28 U.S.C. § 1915(g).

2. The Clerk is **DIRECTED** to enter judgment, terminate any pending motions and deadlines, and close this file.

**ENTERED** in Fort Myers, Florida on March 11, 2026.

Kyle C. Dudek
United States District Judge